

# NUMBER 13-19-00531-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ROBERT JONES,**                                                                              **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                    **Appellee.**

---

### On appeal from the 156th District Court
### of Bee County, Texas.

---

## ORDER ABATING APPEAL PENDING SUPPLMENTATION OF THE RECORD

**Before Chief Justice Contreras and Justices Hinojosa and Tijerina**
**Order Per Curiam**

This case is before the Court on appellant's motion to supplement the record with the PSI that the trial court considered when imposing sentence and motion to suspend the briefing deadline until the record has been supplemented. The Court GRANTS the

motions.   The Clerk shall file a supplemental record which includes the PSI that the trial court considered when imposing sentence in this cause within fifteen days from the date of the Order.   The briefing deadlines are ABATED until the Clerk files the supplemental record.   Appellant's brief is due thirty days after the supplemental record is filed.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
14th day of November, 2019.